*Lawrence J. Ward,* pro se, in support of the cross petition.

Decided September 19, 2002

## MARIA SERRANO *v.* J. WILLIAM BURNS, COMMISSIONER OF TRANSPORTATION, ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 70 Conn. App. 21 (AC 21654), is denied.

*Louis B. Blumenfeld* and *William J. Scully,* in support of the petition.

Decided September 19, 2002

## ORIGINAL GRASSO CONSTRUCTION COMPANY, INC. *v.* JOHN SHEPHERD

The defendant's petition for certification for appeal from the Appellate Court, 70 Conn. App. 404 (AC 21679/ AC 21925), is denied.

*James H. Lee,* in support of the petition.

*Neal L. Moskow,* in opposition.

Decided September 19, 2002

## STATE OF CONNECTICUT *v.* ARTHUR GREGG KRATZERT

The defendant's petition for certification for appeal from the Appellate Court, 70 Conn. App. 565 (AC 21910), is denied.